AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

ROBERT M. SMITH
86 FAWNDALE ROAD, #3
ROSLINDALE, MA 02131

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-05-842-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 17, 2004 in Suffolk county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: a Sturm Ruger .9mm pistol bearing serial number 312-50906, and seven rounds of FC Brand .9mm Luger ammunition

in violation of Title 18 United States Code, Section(s) 922(g)(1).

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following
Official Title
facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-19-2005 @ 9:50 AM                  at           Boston, MA
Date                                                City and State

United States Magistrate Judge Marianne B. Bowler          Marianne B. Bowler USMJ
Name & Title of Judicial Officer                            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.