AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

ROBERT M. SMITH

**WARRANT FOR ARREST**

CASE NUMBER: MJH 05-842-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ROBERT M. SMITH
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

possession, in and affecting interstate commerce, of a firearm and ammunition, to wit: a Sturm Ruger 9mm pistol bearing serial number 312-50906, and seven rounds of FC Brand 9mm Luger ammunition, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year

in violation of Title  18  United States Code, Section(s)  922(g)(1)

| Marianne B. Bowler | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Marianne B. Bowler /MJT<br>Signature of Issuing Officer | 05-19-2005  @ 9:50 AM<br>Date and Location |

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/20/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ROBERT M. SMITH

ALIAS:

LAST KNOWN RESIDENCE: 86 Fawndale Road, #3, Roslindale, MA 02131

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1976

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7707

HEIGHT: 5'6"                    WEIGHT: 180

SEX: Male                       RACE: African-American

HAIR: Black                     EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: