UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05CR 10150 JLT**

| | | |
|---|---|---|
| UNITED STATES | ) | CRIMINAL NO. |
| | ) | |
| V. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Unlawful Possession of a |
| ROBERT M. SMITH | ) | Firearm and Ammunition by a |
| | ) | Felon |

INDICTMENT

**COUNT ONE:**
**18 U.S.C. § 922(g)(1)**
**(Unlawful Possession of a Firearm and Ammunition by a Felon)**

The Grand Jury charges that:

On or about November 17, 2004, in Dorchester, in the District of Massachusetts,

**ROBERT M. SMITH,**

defendant herein, having previously been convicted by a court of a crime punishable by imprisonment for a term exceeding one year, did possess in or affecting commerce, a firearm and ammunition, to wit: a Sturm Ruger model P95DC .9mm pistol, bearing serial number 312-50906, and 7 rounds of .9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
S. WAQAR HASIB
Special Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, June 15, 2005.


Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

2:40pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

05 CR 10150 JLT

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: Dorchester    Category No. II    Investigating Agency ATF

City Dorchester

County Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  05-842-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Robert M. Smith    Juvenile  ☐ Yes  ☒ No

Alias Name  Robert Moals

Address  82 Fawndale Road, #3, Roslindale, MA 02131

Birth date (Year only): 1976  SSN (last 4 #): 7707  Sex M  Race: Afr. Amer.  Nationality: _____

Defense Counsel if known:  Eileen Donoghue    Address: 112 Middle Street
                                                        Lowell, MA 01852

Bar Number: _____

**U.S. Attorney Information:**

AUSA  S. Waqar Hasib    Bar Number if applicable  California 234818

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:  May 20, 2005

☒ Already in Federal Custody as  defendant  in  U.S. v. Robert M. Smith
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 15, 2005    Signature of AUSA: _____

05CR10150JLT

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Robert M. Smith

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm by a Felon | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**