```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
        v.                      ) CRIMINAL NO. 05-CR-10150-JLT
                                )
ROBERT M. SMITH                 )
                                )
        Defendant               )
```

### MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM JUNE 25, 2005, UNTIL SEPTEMBER 19, 2005

The government respectfully requests the Court to order the period from June 25, 2005, to September 19, 2005, excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) The period from June 25, 2005 until July 23, 2005 is excludable pursuant Local Rule 112.2(A)(2).

2) The period from August 4, 2005 until September 19, 2005 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow the government an opportunity to complete discovery, and to allow the defendant an opportunity to review such discovery.

3) The parties agreed orally in court during an initial status conference on August 4, 2005, to exclude the period from June 25, 2005, until September 19, 2005.

WHEREFORE, the government respectfully requests that the period from June 25, 2005, until September 19, 2005, be excluded

for purposes of the Speedy Trial Act.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                       By:   /s/ S. Waqar Hasib
                            S. WAQAR HASIB
                            Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 19th day of September.

                                        /s/ S. Waqar Hasib
                                        S. WAQAR HASIB
                                        Assistant U.S. Attorney