```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
          v.                    ) CRIMINAL NO. 05-CR-10150-JLT
                                )
ROBERT M. SMITH                 )
                                )
          Defendant             )
```

JOINT MOTION FOR EXCLUDABLE DELAY FOR PERIOD FROM
SEPTEMBER 19, 2005, UNTIL OCTOBER 24, 2005

The parties respectfully request the Court to order the period from September 19, 2005, to October 24, 2005, excluded for purposes of the Speedy Trial Act. In support of this request, the government states the following:

1) On September 19, 2005, the parties appeared before the Court for an interim status conference.

2) The Court scheduled a final status conference for October 24, 2005.

3) The parties agreed that the period from September 19, 2005, until October 24, 2005 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A). Discovery in this case is still ongoing. Preliminary DNA examinations of a pair of gloves recovered during the course of this investigation were turned over on September 19, 2005, and comparative tests with the defendant's DNA have yet to be performed.

WHEREFORE, the parties respectfully request this court to exclude the period from September 19, 2005, until October 24, 2005, for purposes of the Speedy Trial Act, to serve the ends of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 19th day of September.

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney