UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10150-JLT |
| | ) | |
| ROBERT M. SMITH, | ) | |
| Defendant. | ) | |

## ASSENTED-TO MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney S. Waqar Hasib, and the defendant, ROBERT M. SMITH, by and through his counsel, Eileen M. Donoghue, Esq., jointly move pursuant to United States Code §3161(h)(8)(A) that the period from October 25, 2005, the date after which a Status Conference was held in this matter, up to and including November 21, 2005, the date on which a Further Status Conference will be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried.  As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to gather and examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from October 25, 2005, through November 21, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
        On behalf of
        S. Waqar Hasib
        Assistant U.S. Attorneys


        ROBERT M. SMITH
        Defendant

By:   /s/ Eileen M. Donoghue
        Eileen M. Donoghue, Esq.
        Counsel for ROBERT M. SMITH

DATE: October 24, 2005