UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 05-CR-10150-JLT |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT M. SMITH | ) | |

## MOTION TO CONTINUE STATUS CONFERENCE

The defendant, ROBERT M. SMITH, respectfully requests that this Honorable Court continue the Status Conference of the above matter scheduled for Monday, November 21, 2005 to December 19, 2005 on the ground that the Government is still awaiting the results of the comparison DNA analysis test as part of the discovery due to the defendant, which test may take up to one month to receive.

The Government assents to this motion.

                                                Respectfully submitted,
                                                By his Attorney,

                                                *Eileen M. Donoghue*
                                                Eileen M. Donoghue
                                                112 Middle Street
                                                Lowell, MA 01852
                                                (978) 458-7070
                                                BBO# 130040

Dated:  November 21, 2005