DEC. 12, 2005

Honorable Judge Joseph L. Tauro,

My name is Robert Smith #BK-P155686, I'm currently house at the Essex County jail as a federal detainee. I have a few legal and personal matters that I would like to address you about, concerning myself, family and lawyer. I have been incarcerated for thirteen months now between state & federal custody. Federal authorities took me into their custody in May of 2005. During the first week as a federal detainee I had a bail hearing in before Magistrate Bowler. Magistrate Bowler never granted or denied bond. I gave my information to my lawyer & the probation clerk that sat in for my bond hearing. Magistrate Bowler didn't want to release me to the apartment I share with my fiancé and my two children. Now my father & his wife would loved to put up their Brockton home (which they reside there at this present time). As solvent surety and to assure my appearance at any further court dates and trial. All my family ties are to Boston and Massachusetts areas. I have two children, ages 10yrs female Zarea Smith and 3yrs male Robert Smith Jr. I'm still very much apart of their lives. Financially I'm such a burden to my family. My wife (soon to be) is juggling work, school & parenthood without me doing my part. I'm just use to being a man and taken care of my responsibilities like I'm suppose to. I have right to get bond, I'm not a flight risk, I pose no threat to my community. I'm not charged with a crime of violence and I think you can look at my case and weigh the evidence.

My last request is about my lawyer (Eileen M. Donoghue). She refuses to alert my family of up and coming court dates or information concerning my case or myself. I wrote to her explain these exact issues and still no response. I told her I didn't feel right going behind her back to write to you, but I have to do what best for my family and myself. I just asking for a chance to go back to work & spend time with my family while awaiting trial. I lost my job back in June of this year. My employer held my position for as long as he could have. My lawyer doesn't even accept my calls or receives my wife, mother or fathers. She very unpro-

over

-fessional and I need some one whose gonna defend me to the best of his/her ability. I just think it was unfair and not due process of law, just to leave me here detain with no written statement by Magistrate Bowler why I'm still detain. My lawyer hasn't address these problem even after my last status hearing. My last status hearing that was suppose to be had on Nov. 21, 2005 was re-schedule and my lawyer didn't notify my family. My father took the day off work and my wife did the same. That totally uncalled for on my lawyers behalf as a federal attorney.

    Judge Tauro I just trying to correct my wrong doings and go home to my family and help provide for them like I've done before this happened to me. I was really changing my life around from the childish & unmature things I've done in my life to aquire the criminal record I have. Thank you for hearing me out. I hope we can all have some understanding of what's being done legally & illegally.

                    THANK SO MUCH AND
                      HAPPY Holidays to You & Yours.
                      Robert Smith