UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 05-CR-10150-JLT |
| ) | |
| V. ) | |
| ) | |
| ROBERT M. SMITH ) | |

### DEFENDANT'S MOTION FOR RELEASE ON CONDITONS

The defendant, ROBERT M. SMITH, respectfully moves that this Honorable Court enter an order releasing him from detention on certain terms, conditions or combination thereof that will reasonably assure his appearance before this court, pursuant to Title 18 § 3142. The defendant submits that he is a life long resident of the Boston area, and all his family ties are to this district; that his father, Robert Smith, Sr. is willing to act as a personal surety, and further to post as further security his home at 81 Howland Street, Brockton, Massachusetts, which he owns with his wife Doris Regina Tillman Smith.

WHEREFORE, the defendant requests that this court order his release on the aforesaid conditions, or any terms or conditions that this court deems just.

Respectfully submitted,
By his Attorney,

*Eileen M. Donoghue*
Eileen M. Donoghue
112 Middle Street
Lowell, MA 01852
(978) 458-7070
BBO# 130040

Dated: December 27, 2005

Case 1:05-cr-10150-JLT    Document 18    Filed 12/27/2005    Page 2 of 2