```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA         )
                                 )
          v.                     ) CRIMINAL NO. 05-CR-10150-JLT
                                 )
ROBERT M. SMITH                  )
                                 )
          Defendant              )
```

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The United States and counsel for defendant Smith file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There is one outstanding discovery issue, regarding the results of a DNA test. The DNA samples have been submitted to the Boston Police Department, and counsel for the government hereby represents that as soon as the results of the test are complete, they will be made available to counsel for defendant Smith.

(2) Other than the above-described DNA test, the parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense may file motions to dismiss or suppress, and other motions requiring a ruling by the District Court before trial.

(6)   The parties will request an initial motion date once the DNA tests are complete.

(7)   The parties believe the case will go to trial.

(8)   The parties agree that the following periods of time are excludable for purpose of the Speedy Trial Act:

- June 25, 2005, until October 24, 2005, pursuant to this Court's order of September 19, 2005
- October 25, 2005, until December 19, 2005, pursuant to this Court's order of December 19, 2005
- December 19, 2005, until the date of the initial pretrial conference with the district court, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow discovery to be completed.

(9)   Trial would last approximately 2 to 3 days.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:   /s/ S. WAQAR HASIB
> S. WAQAR HASIB
> Assistant U. S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617)748-3184

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                     ) | CRIMINAL NO. 05-CR-10150-JLT |
| ) | |
| ROBERT M. SMITH        ) | |
| ) | |
| Defendant              ) | |

### JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The United States and counsel for defendant Smith file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There is one outstanding discovery issue, regarding the results of a DNA test.  The DNA samples have been submitted to the Boston Police Department, and counsel for the government hereby represents that as soon as the results of the test are complete, they will be made available to counsel for defendant Smith.

(2) Other than the above-described DNA test, the parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense may file motions to dismiss or suppress, and other motions requiring a ruling by the District Court before trial.

(6)   The parties will request an initial motion date once the DNA tests are complete.

(7)   The parties believe the case will go to trial.

(8)   The parties agree that the following periods of time are excludable for purpose of the Speedy Trial Act:

- June 25, 2005, until October 24, 2005, pursuant to this Court's order of September 19, 2005
- October 25, 2005, until December 19, 2005, pursuant to this Court's order of December 19, 2005
- December 19, 2005, until the date of the initial pretrial conference with the district court, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow discovery to be completed.

(9)   Trial would last approximately 2 to 3 days.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                         By:   /s/ S. WAQAR HASIB
                                S. WAQAR HASIB
                                Assistant U. S. Attorney
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617)748-3184

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-CR-10150-JLT |
| ) | |
| ROBERT M. SMITH ) | |
| ) | |
| Defendant ) | |

JOINT MEMORANDUM FOR FINAL STATUS
CONFERENCE

The United States and counsel for defendant Smith file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There is one outstanding discovery issue, regarding the results of a DNA test. The DNA samples have been submitted to the Boston Police Department, and counsel for the government hereby represents that as soon as the results of the test are complete, they will be made available to counsel for defendant Smith.

(2) Other than the above-described DNA test, the parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense may file motions to dismiss or suppress, and other motions requiring a ruling by the District Court before trial.

(6) The parties will request an initial motion date once the DNA tests are complete.

(7) The parties believe the case will go to trial.

(8) The parties agree that the following periods of time are excludable for purpose of the Speedy Trial Act:

- June 25, 2005, until October 24, 2005, pursuant to this Court's order of September 19, 2005
- October 25, 2005, until December 19, 2005, pursuant to this Court's order of December 19, 2005
- December 19, 2005, until the date of the initial pretrial conference with the district court, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow discovery to be completed.

(9) Trial would last approximately 2 to 3 days.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ S. WAQAR HASIB
     S. WAQAR HASIB
     Assistant U. S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617)748-3184