# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10150-JLT

UNITED STATES OF AMERICA

v.

ROBERT SMITH

## FINAL STATUS REPORT

FEBRUARY 2, 2006

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with the unlawful possession of a firearm and ammunition by a felon, was returned on June 15, 2005;

2. The defendant was arraigned on the Indictment on June 24, 2005;

3. The defendant is currently in custody;

4. At the time of arraignment, the government estimated it would call five witnesses and that trial would last approximately three days;

    5.  Defense counsel has stated that, at this time, it appears that the case will be resolved by way of a trial;

    6.  The parties have agreed to exclude the time up to and until the date of the next hearing before the district judge;

    7.  This case is hereby returned to the district judge to whom the case is assigned.

    /s/ Marianne B. Bowler
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE