UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| v. | * | Criminal No. 05-10150-JLT |
| | * | |
| ROBERT M. SMITH, | * | |
| | * | |
| Defendant. | * | |

ORDER

April 12, 2006

TAURO, J.

After a Status Conference held on April 12, 2006, this court hereby orders that:

1. Trial will begin on June 19, 2006.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge