UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-CR-10150-JLT |
| | ) |
| ROBERT M. SMITH | ) |
| | ) |
| Defendant | ) |

**<u>GOVERNMENT'S LIST OF ANTICIPATED WITNESSES</u>**

The government hereby files its list of witnesses that it expects to call in its case-in-chief. The government reserves the right to withdraw or supplement its list in light of the evidence and with notice to the defendant.

1. Detective Kevin Doogan, Boston Police Department

2. Officer Jesse Goff, Boston Police Department

3. Officer Bruce Higgins, Boston Police Department

4. Criminalist Julie Lynch, Boston Police Department Crime Lab

5. Special Agent Michael Oppenheim, U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                        By:  <u>/s/ S. Waqar Hasib</u>
                             S. WAQAR HASIB
                             Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ S. Waqar Hasib
                                                S. WAQAR HASIB
                                                Assistant U.S. Attorney

Date: May 12, 2006