```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
        v.                     ) CRIMINAL NO. 05-CR-10150-JLT
                               )
ROBERT M. SMITH                )
                               )
        Defendant              )
```

**GOVERNMENT'S LIST OF ANTICIPATED EXHIBITS**

The government hereby attaches and files a list of anticipated exhibits that it expects to offer during its case-in-chief.  The government reserves the right to withdraw, modify, amend or supplement this list in light of the evidence and with notice to the defendant.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                     By:  /s/ S. Waqar Hasib
                          S. WAQAR HASIB
                          Assistant U.S. Attorney
```

1

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ S. Waqar Hasib
                                            S. WAQAR HASIB
                                            Assistant U.S. Attorney

Date: May 12, 2006

Government's Exhibit List

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Photo labeled Acura Position | | |
| 2 | Photo labeled Craftsman Tool Kit Up Close | | |
| 3 | Photo labeled From Ford Trunk Took Kit And Acura Air Filter | | |
| 4 | Photo labeled Flight Path View Beside Acura | | |
| 5 | Photo labeled Flight Path Over Ford Trunk Down | | |
| 6 | Photo labeled Flight Path View Beside Ford | | |
| 7 | Photo labeled Outside The Flight Path Fence Closer | | |
| 8 | Photo labeled Gun And Glove Flight Path Fence | | |
| 9 | Photo labeled Rear 58 Bowdoin Ave Glove, Flight Path Close Up | | |
| 10 | Photo labeled Gun Flight Path Close Up | | |
| 11 | Photo labeled Rossetter | | |
| 12 | Photo labeled Glove And Van | | |
| 13 | Photo labeled Glove From Driveway To Street | | |
| 14 | Photo labeled Close Up Ripped Glove | | |
| 15 | Sturm Ruger Model P95DC .9mm pistol, serial number 312-50906 | | |
| 16 | Right handed black cotton glove | | |
| 17 | Left handed black cotton glove | | |
| 18 | Map of 56 Bowdoin Avenue and 56 Bowdoin Street in Dorchester | | |
| 19 | Seven rounds of FC Brand jacketed hollow point .9mm ammunition | | |
| | | | |
| | | | |
| | | | |
| | | | |