UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-CR-10150 JLT |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT SMITH | ) | |

**DEFENDANT'S PROPOSED**
**VOIR DIRE EXAMINATION QUESTIONS**

1.      Do you understand that an impartial trial by an unbiased jury is a constitutional guarantee no matter what the charges are against the defendant?

2.      If from your experiences you believe or have the feeling that certain facts exist, but these facts have not been proven by satisfactory evidence, would you discard your belief or feeling and decide the case solely on the evidence or lack of evidence?

3.      Are you, or any member of your immediate family connected to any law enforcement agency either state or federal?

4.      Are you a member of any group organized principally for the suppression of crime?

5.      Will you give the testimony of a police officer or a federal agent more credence than that of other witnesses merely because he or she is a police officer or agent?

6.      Would the fact that the defendant was convicted of a felony at one time cause you to prejudge him?

7.      Do you understand that a prior conviction is not evidence of guilt of the crime which the defendant is now charged?

8.      Do you now entertain any prejudice against the defendant because of the crime charged?

9.      It is up to the prosecution to prove Mr. Smith guilty beyond a reasonable doubt. Are you willing to accept that as the judicial standard which governs this trial?

10.     Would the fact that Mr. Smith has been arrested and charged with this crime create an impression in your mind that he must be guilty?

11.     You understand, do you not, that the burden of proof is always on the prosecution, and that the defendant need not present any evidence in his behalf?

12.     Do you also understand that the defendant need not testify in his own behalf?


                                        Respectfully submitted,
                                        By his Attorney,


Dated:  May 12, 2006

                                        *Eileen M. Donoghue*
                                        Eileen M. Donoghue
                                        112 Middle Street
                                        Lowell, MA  01852
                                        (978) 458-7070
                                        BBO# 130040



## CERTIFICATE OF SERVICE


        I hereby certify that this document is filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 12, 2006.

                                        *Eileen M. Donoghue*
                                        Eileen M. Donoghue