```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      ) CRIMINAL NO. 05-CR-10150-JLT
                                )
ROBERT M. SMITH                 )
                                )
        Defendant               )
```

**GOVERNMENT'S PROPOSED VOIR DIRE QUESTION**

Pursuant to Fed.R.Crim.P. 24(a), the government requests that the Court ask the following question of prospective jurors during voir dire examination, in addition to any questions the Court customarily asks in criminal cases:

- Would you find the testimony of a police officer or law enforcement agent any less credible merely because that person is a police officer or law enforcement agent?

If any of the prospective jurors respond positively to the above question, the government asks that there be follow-up individual voir dire, out of hearing of the rest of the jury pool.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                          By:   /s/ S. Waqar Hasib
                                S. WAQAR HASIB
                                Assistant U.S. Attorney
```

1

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                         /s/ S. Waqar Hasib
                                         S. WAQAR HASIB
                                         Assistant U.S. Attorney

Date: May 14, 2006