UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"
4:19  5/15/06
2 L.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-CR-10150-JLT |
| | ) | |
| V. | ) | **DEFENDANT'S MOTION FOR** |
| | ) | **JUDGMENT OF ACQUITTAL** |
| ROBERT SMITH | ) | |

The Defendant, ROBERT SMITH, through his attorney, at the close of the evidence for the Government, respectfully moves that this Honorable Court order a verdict of not guilty as to him on the grounds that there is not sufficient evidence to warrant his conviction.

Respectfully submitted,
By his Attorney,

Dated: May 12, 2006

_Eileen M Donoghue_
Eileen M. Donoghue
112 Middle Street
Lowell, MA  01852
(978) 458-7070
BBP# 130040

For Reasons Stated
in open Court, the
motion is allowed —
J Tauro J
5/15/06