AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF **MASSACHUSETTS**

U.S.A. v. ROBERT M. SMITH

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR05-10150

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | WAQAR HASIB | EILEEN DONOGHUE |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/15/06 to | CAROL SCOTT | ZITA LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1-14 | | 5-15-06 | ✓ | ✓ | PHOTOGRAPHS   : DOOGAN |
| 15 | | " | " | " | FIREARM   : " " |
| 19 | | | | | LIVE AMMUNITION   : " " |
| 20 | | | | | BOTTLE GINGER ALE   : " " |
| 18 | | | | | MAP OF 56 BOWDOIN AVE/ST. : " " |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.