CASE NO: ~~(    )~~ (CRIMINAL) 05-10150-JLT

TITLE: U.S.A. vs ROBERT M. Salitit

### JURY PANEL

(1. Ann M. Clark (44)
(2. Susan M. Love (43)
(3. Daniel Coan (38)
(4. Eileen R. Tangney (24)
(5. John J. Civitarese (33)
(6. Shari J. Monge (41)

(7. Donna P. Cohen (9)
(8. Scott B. Rose (40)
(9. Alfred E. Guerrera (28)
(10. Shannon L. Berwick (30)
(11. Nicole A. Metes (3)
(12. Stephanie A. Cole (27)

Janet K. Breen (12)
Alternate # 1

Amy M. Soisson (42)
Alternate # 2

_____
Alternate # 3

_____
Alternate # 4

(~~    ~~) (GOV'T)   WITNESSES   DEFENDANT

1. Kevin Doogan, 5/15
2. Bruce Higgins, 5/15
3. Jesse Goff, 5/15
4. Julie Lynch, 5/15
5. Sp. Agt. Michael Offenheim, 5/15
6.
7.
8.
9.
10.
11.
12.
13.
14.

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.