AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

ROBERT M. SMITH

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR 05-10150-JLT

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

ZITA LOVETT, Deputy Clerk
Name and Title of Judicial Officer

5/22/06
Date